

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00390-CV

Mary **MARTINEZ** and Juan Martinez,
Appellants

v.

**RITA'S FAMOUS TACOS, LLC** and Rita Villanueva,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19917B
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellants.

SIGNED February 16, 2022.

_____
Rebeca C. Martinez, Chief Justice